Certificate Number: 05781-CAC-DE-041283475

Bankruptcy Case Number: 26-15204



05781-CAC-DE-041283475

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 6:03 o'clock PM PDT, Roseanna I Crum completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   August 3, 2026                By:   /s/Allison M Geving

Name:  Allison M Geving

Title:   President